# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **v.** ) | No. 3:03-CR-129 |
| ) | (Phillips) |
| **ROBERT L. TAYLOR** ) | |

## ORDER

This matter is before the court on the defendant's motion for an order terminating his supervised release. Defendant has served his period of incarceration and has been on supervised release since June 14, 2005. Defendant states that he is compliant with the conditions of supervised release, and is maintaining employment with Home Depot.

18 U.S.C. § 3583(e) permits the court to terminate a term of supervised release and discharge the defendant after the expiration of one year of supervised release. Defendant's parole officer has informed the court that he has no objection to the termination of supervised release. Likewise, the government has informed the court that it has no objection to defendant's motion. There being no objection to the motion, defendant's supervised release is hereby **TERMINATED.**

**IT IS SO ORDERED.**

**ENTER:**

    s/ Thomas W. Phillips
United States District Judge